441 A.2d 789

Titanich, Appellant v. Titanich.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.
Order affirmed.

441 A.2d 790

Tose, Appellant v. Tose.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.
Order affirmed.

Decision was rendered prior to DiSALLE, J. leaving the bench of the Superior Court of Pennsylvania.

441 A.2d 790

Tose v. Tose a/k/a Montes a/k/a Davis, Appellant.